No. 669. HEALY, CHIEF OF POLICE, v. RATTA.

Argued March 14, 1933. Decided March 20, 1933. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, as it appears from the supplemental record and was admitted at the bar that the application for interlocutory injunction was not pressed but was waived, and there is therefore no ground for an appeal to this Court. *Smith* v. *Wilson,* 273 U.S. 388, 391; *Stratton* v. *St. Louis Southwestern Ry. Co.,* 282 U.S. 10, 15. *Mr. H. Thornton Lorimer,* Assistant Attorney General of New Hampshire, with whom *Mr. Francis W. Johnston,* Attorney General, was on the brief, for appellant. *Messrs. William N. Rogers* and *Jonathan Piper* filed a brief for appellee.